Judge Hellerstein

07 CV 6261

Andrew L. Deutsch (AD 5782)
Monica Petraglia McCabe (MM 5853)
Christine M. Jaskiewicz (CJ 1477)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ROTHSCHILDS CONTINUATION HOLDINGS
AG, ROTHSCHILD NORTH AMERICA INC.,
ROTHSCHILD INC., and ROTHSCHILD
ASSET MANAGEMENT INC.,

                    Plaintiffs,

- v. -

JED P. KAPLAN, KAPLAN & CO.
SECURITIES LLC, and LF ROTHSCHILD,
LLC,

                    Defendants.

------------------------------------------------------------ x

07 Civ. _____ ( )

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the plaintiffs, Rothschilds Continuation Holdings AG, Rothschild North America Inc., Rothschild Inc., and Rothschild Asset Management Inc., by and through their undersigned counsel, hereby certify the following:

Each of the plaintiffs is a non-governmental entity.

Rothschilds Continuation Holdings AG states that the following publicly traded companies hold either directly or indirectly 10% or more of its stock: (1) Paris Orleans SA, a publicly traded company on the Euronext Stock Exchange; and (2) Jardine Strategic Holdings Ltd., a publicly traded company whose American Depositary Receipts are quoted on the Pink Sheets over-the-counter quotation service (the parent company of Jardine Strategic Holdings Ltd., called Jardine Matheson Holdings Ltd., is traded on the London Stock Exchange, Bermuda Stock Exchange and Singapore Stock Exchange).

Rothschild North America Inc. states that it is a wholly owned subsidiary of Rothschilds Continuation Holdings AG.

Rothschild Inc. states that it is a wholly owned subsidiary of Rothschild North America Inc.

Rothschild Asset Management Inc. states that it is a wholly owned subsidiary of Rothschild North America Inc.

Dated: New York, New York
July 6, 2007

DLA PIPER US LLP

By: _____
Andrew L. Deutsch (AD 5782)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Attorneys for Plaintiffs