Andrew L. Deutsch (AD 5782)
Monica Petraglia McCabe (MM 5853)
Christine M. Jaskiewicz (CJ 1477)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

| | |
|---|---|
| ROTHSCHILDS CONTINUATION HOLDINGS AG, ROTHSCHILD NORTH AMERICA INC., ROTHSCHILD INC., and ROTHSCHILD ASSET MANAGEMENT INC.,<br><br>Plaintiffs,<br><br>- vs —<br><br>JED P. KAPLAN, KAPLAN & CO. SECURITIES LLC, and LF ROTHSCHILD, LLC,<br><br>Defendants. | 07 Civ. 6261 (AKH)<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |

---------------------------------------------------------------- x

Upon reading the Summons and Complaint, the Notice of Motion for Preliminary Injunction, the Declaration of John Carroll, dated July 10, 2007, and exhibits thereto, the Plaintiffs' Memorandum Of Law In Support Of Motions For Preliminary Injunction and Order Granting Expedited Discovery, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and it appearing from the above documents and the other evidence provided to the Court that plaintiffs will suffer irreparable injury in the absence of a preliminary injunction and that plaintiffs are likely to prevail on the merits of their claim and/or that plaintiffs have shown

serious issues going to the merits of their claims and will suffer substantially greater hardship from denial of a preliminary injunction than defendants will suffer from the grant of a preliminary injunction, it is hereby:

ORDERED, that pending the hearing and determination of the merits of this action, defendants and all those acting in concert with them, be and hereby are restrained from:

1. Using directly or indirectly, in any manner whatsoever, the marks L.F. ROTHSCHILD & COMPANY, LF ROTHSCHILD or any other mark or domain name that includes the name or word "Rothschild" or any mark similar in nature thereto;

2. Doing any other act or thing calculated or likely to cause confusion or mistake in the trade or the minds of the public, or to deceive actual or potential purchasers into believing that the defendants' services originate with any of the plaintiffs or are approved, licensed, or otherwise authorized by any of the plaintiffs;

3. Engaging in any other activity that constitutes unfair competition with respect to plaintiffs;

4. Aiding, abetting or assisting any other person or entity in engaging in or performing any activities stated in paragraphs (1) through (3); and it is further

ORDERED that plaintiffs shall be required to post security pursuant to Fed. R. Civ. P. 65(d) in the amount of $_____ on or before _____, 2007.

Dated: New York, New York
       July ____, 2007

_____
United States District Judge