# EXHIBIT 1



**Jed Kaplan  President**
email: jkaplan@lfrothschild.com

Specialty: U.S Government and Agency Bonds, Collateralized Mortgage Obligations; bond portfolio evaluation; expert witness
Years of experience in the financial industry: 20

A former institutional bond trader in New York for JP Morgan, Lehman Brothers, Nikko, and Prudential Securities, Jed has gained such respect in the financial arena that he is consulted by many of the largest banking and brokerage institutions in the world on corporate and government bonds. He has consulted for the FBI, SEC, NASD, and major financial institutions. Jed's vision and high standards have driven the firm to success in its unique team approach.

**Mark Scheinbaum  Managing Director**
email: mscheinbaum@lfrothschild.com

Specialty: Investment strategy; asset allocation