# EXHIBIT 2

# LF ROTHSCHILD, LLC
CRD# 38619
SEC# 8-48313

**NASD**

| **Main Office Location** | **Mailing Address** |
|---|---|
| 150 E. PALMETTO PARK ROAD | 150 E. PALMETTO PARK ROAD |
| SUITE 450 | SUITE 450 |
| BOCA RATON, FL  33432 | BOCA RATON, FL  33432 |
| Regulated by NASD Florida Office | |

## Report Summary for this Firm

The report summary provides an overview of the firm's background. The firm and a securities regulator(s) have provided the information contained in this report as part of the securities industry registration and licensing process. More detailed information for this firm can be found in the firm's PDF report. Select "View Full PDF Report" to view the detailed information about this firm. The information contained in this report was last updated by the firm via Uniform Application for Broker-Dealer Registration (Form BD), the Uniform Request for Broker-Dealer Withdrawal (Form BDW), or a securities regulator via a Uniform Disciplinary Action Reporting Form (Form U6) on 04/13/2007.

## Firm Profile

This firm is classified as a limited liability company.
This firm was formed in Florida on 01/01/2007.
Its fiscal year ends in December.

## Firm History

Information relating to the firm's history such as Other Business Names, Other Business, and Successions (e.g., mergers or acquisitions) can be found in the firm's full PDF report.

## Firm Operations

This firm is registered with the SEC, 4 Self-Regulatory Organizations, and 39 U.S. states and territories.

Is this brokerage firm currently suspended with any regulator? **No**

This firm conducts 11 types of businesses.

This firm is not affiliated with any financial or investment institutions.

This firm has referral or financial arrangements with other brokers or dealers.

## Disclosure of Arbitration Awards, Disciplinary and Regulatory Events

This section includes details regarding disclosure events reported by or about this firm to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events range from disciplinary actions initiated by regulators to certain criminal charges and/or convictions, to financial disclosures such as bankruptcies, and summary information regarding NASD arbitration awards involving securities and commodities disputes between public customers and NASD-registered firms.

Are there events disclosed about this firm? **Yes**

**The following types of disclosures were reported:**
Regulatory Event

# BrokerCheck Report

## LF ROTHSCHILD, LLC

CRD# 38619

Report #41830-86830 generated on Thursday, June 28, 2007.

| Section Title | Page(s) |
|---|---|
| Report Summary | 1 |
| Firm Profile | 2 - 5 |
| Firm History | 6 |
| Firm Operations | 7 - 12 |
| Disclosure of Arbitration Awards, Disciplinary and Regulatory Events | 13 - 24 |
| About this BrokerCheck Report | 25 |



**Dear Investor:**

NASD has generated the following BrokerCheck report for LF ROTHSCHILD, LLC. The information contained within this report has been provided by an NASD brokerage firm(s) and securities regulators as part of the securities industry's registration and licensing process and represents the most current information reported to the Central Registration Depository (CRD®).

NASD regulates the securities markets for the ultimate benefit and protection of the investor. NASD believes the general public should have access to information that will help them determine whether to conduct, or continue to conduct, business with an NASD member. To that end, NASD has adopted a public disclosure policy to make certain types of information available to you. Examples of information NASD provides include: regulatory actions, investment-related civil suits, customer disputes that contain allegations of sales practice violations against brokers, all felony charges and convictions, misdemeanor charges and convictions relating to securities violations, and financial events such as bankruptcies, compromises with creditors, judgments, and liens.

When evaluating this report, please keep in mind that it may include items that involve pending actions or allegations that may be contested and have not been resolved or proven. Such items may, in the end, be withdrawn or dismissed, or resolved in favor of the individual broker, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

The information in this report is not the only resource you should consult. NASD recommends that you learn as much as possible about the individual broker or firm from other sources, such as professional references, local consumer and investment groups, or friends and family members who already have established investment business relationships.

NASD BrokerCheck is governed by federal law, Securities and Exchange Commission (SEC) regulations and NASD rules approved by the SEC. State disclosure programs are governed by state law, and may provide additional information on brokers licensed by the state. Therefore, you should also consider requesting information from your state securities regulator. Refer to www.nasaa.org for a complete list of state securities regulators.

**Thank you for using NASD BrokerCheck.**



Using this site/information means that you accept the NASD BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at
brokercheck.nasd.com



For additional information about the contents of this report, please refer to the User Guidance or www.nasd.com/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about NASD, visit www.nasd.com.



NASD

www.nasdbrokercheck.com

User Guidance



# Report Summary for this Firm

## LF ROTHSCHILD, LLC
CRD# 38619
SEC# 8-48313

### Main Office Location
150 E. PALMETTO PARK ROAD
SUITE 450
BOCA RATON, FL 33432
Regulated by NASD Florida Office

### Mailing address
150 E. PALMETTO PARK ROAD
SUITE 450
BOCA RATON, FL 33432

The report summary provides an overview of the firm's background. The firm and a securities regulator(s) have provided the information contained in this report as part of the securities industry registration and licensing process. More detailed information for this firm can be found in the firm's PDF report. Select "View Full PDF Report" to view the detailed information about this firm. The information contained in this report was last updated by the firm via Uniform Application for Broker-Dealer Registration (Form BD), the Uniform Request for Broker-Dealer Withdrawal (Form BDW), or a securities regulator via a Uniform Disciplinary Action Reporting Form (Form U6) on 04/13/2007.

### Firm Profile
This firm is classified as a limited liability company.

This firm was formed in Florida on 01/01/2007.

Its fiscal year ends in December.

### Firm History
Information relating to the firm's history such as Other Business Names, Other Business, and Successions (e.g., mergers or acquisitions) can be found in the firm's full PDF report.

### Firm Operations
This firm is registered with the SEC, 4 Self-Regulatory Organizations, and 39 U.S. states and territories.

Is this brokerage firm currently suspended with any regulator? **No**

This firm conducts 11 types of businesses.

This firm is not affiliated with any financial or investment institutions.

This firm has referral or financial arrangements with other brokers or dealers.

## Disclosure of Arbitration Awards, Disciplinary and Regulatory Events

This section includes details regarding disclosure events reported by or about this firm to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events range from disciplinary actions initiated by regulators to certain criminal charges and/or convictions, to financial disclosures such as bankruptcies, and summary information regarding NASD arbitration awards involving securities and commodities disputes between public customers and NASD-registered firms.

Are there events disclosed about this firm? **Yes**

The following types of disclosures were reported:

Regulatory Event

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

www.nasdbrokercheck.com

# Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Florida on 01/01/2007.

Its fiscal year ends in December.

## Firm Names and Locations

This section includes details, as reported by the firm on Form BD, regarding the firm's full legal name, business and mailing addresses, the firm's "doing business as" name (i.e., "DBA" name) if different from the full legal name, and any other name by which the firm conducts business and where such name is used.

**LF ROTHSCHILD, LLC**

**Doing business as LF ROTHSCHILD, LLC**

**CRD#** 38619

**SEC#** 8-48313

**Main Office Location**

150 E. PALMETTO PARK ROAD
SUITE 450
BOCA RATON, FL 33432

**Regulated by NASD Florida Office**

**Mailing Address**

150 E. PALMETTO PARK ROAD
SUITE 450
BOCA RATON, FL 33432

**Business Telephone Number**

561-613-4727



User Guidance

NASD

www.nasdbrokercheck.com

# Firm Profile

## Direct Owners and Executive Officers

This section provides information relating to Direct Owners and Executive Officers as reported by the firm on Form BD.

| | |
|---|---|
| Legal Name & CRD# | KAPLAN, JED PHILIP |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CEO |
| Position Start Date | 09/1996 |
| Percentage of Ownership | 75% or more |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# | ALVAREZ, RONALD ALEXIS |
| | 2940674 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | ROP |
| Position Start Date | 12/2006 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# | GROSSMAN, STEVEN MICHAEL |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CHIEF OPERATING OFFICER, FINOP, AML CONTACT |
| Position Start Date | 08/2004 |
| Percentage of Ownership | Less than 5% |

www.nasdbrokercheck.com

# Firm Profile

## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# | THOMAS, RANDALL SCOTT |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | HEAD TRADER, FINOP |
| Position Start Date | 07/2004 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD LLC

NASD
User Guidance

www.nasdbrokercheck.com

# Firm Profile

This section provides information relating to Indirect Owners, if any, as reported by the firm on Form BD.

## Indirect Owners

No information reported.



©2007 NASD. All rights reserved.   Report# 41830-66830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC.

www.nasdbrokercheck.com

# Firm History

This section provides information relating to successions (e.g., mergers or acquisitions), if any, as reported by the firm on Form BD.

**This firm was previously:**

KAPLAN & CO. SECURITIES INC.

**Date of Succession:**

01/01/2007

**Predecessor CRD#:**

38619

**Description**

THE SUCCESSOR FIRM IS ASSUMING SUBSTANTIALLY ALL ASSETS AND LIABILITIES OF THE PREDECESSOR FIRM. THERE IS NO CHANGE AT ALL IN OWNERSHIP AND CONTROL. RONALD ANVAREZ WAS INCORRECTLY CHECKED OFF AS A CONTOL PERSON ON A PREVIOUS FILING. THAT HAS BEEN CHANGED TO NO AS HE IS IN FACT NOT A CONTROL PERSON.

**This firm was previously:**

KAPLAN & CO. SECURITIES INC.

**Date of Succession:**

01/01/2007

**Predecessor CRD#:**

38619

**Description**

THE SUCCESSOR FIRM IS ASSUMING SUBSTANTIALLY ALL ASSETS AND LIABILITIES OF THE PREDECESSOR FIRM. THERE IS NO CHANGE AT ALL IN OWNERSHIP AND CONTROL

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

**NASD**

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD LLC

www.nasdbrokercheck.com

# Firm Operations

## Registrations

This section provides information about the regulators (e.g., U.S. Securities and Exchange Commission (SEC), self-regulatory organizations such as NASD and the New York Stock Exchange (NYSE), states and U.S. territories) the firm is currently registered and licensed with, the category of each registration, and the date on which the registration status became effective, as well as certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 4 SROs and 39 U.S. states and territories.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 09/15/1995 |

## SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer only:    Yes

A broker-dealer and government securities broker or dealer:    Yes

A government securities broker or dealer only:    No

This firm has ceased activity as a government securities broker or dealer:    No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| NASD | Approved | 09/15/1995 |
| Boston Stock Exchange | Approved | 03/23/1999 |
| NASDAQ Stock Market | Approved | 07/12/2006 |
| NYSE Arca, Inc. | Approved | 11/29/2004 |



Case 1:07-cv-0626...AKH    Document 7-3    Filed 07/18/2003    Page 12 of 29

# Firm Operations

User Guidance

## Registrations (continued)

| U.S. States & Territories | Status | Date Effective | U.S. States & Territories | Status | Date Effective |
|---|---|---|---|---|---|
| Alabama | Approved | 07/06/2004 | Utah | Approved | 04/17/2001 |
| Arizona | Approved | 10/15/2001 | Vermont | Approved | 10/14/2003 |
| Arkansas | Approved | 05/16/2003 | Virginia | Approved | 07/02/1996 |
| California | Approved | 10/31/2002 | Washington | Approved | 04/30/2003 |
| Colorado | Approved | 05/16/2001 | Wisconsin | Approved | 09/29/2003 |
| Connecticut | Approved | 06/24/1996 | Wyoming | Approved | 09/05/2003 |
| Delaware | Approved | 06/02/2003 | | | |
| District of Columbia | Approved | 03/14/2003 | | | |
| Florida | Approved | 09/15/1995 | | | |
| Georgia | Approved | 11/05/2002 | | | |
| Illinois | Approved | 06/17/1996 | | | |
| Indiana | Approved | 05/17/2001 | | | |
| Kansas | Approved | 08/30/2001 | | | |
| Kentucky | Approved | 05/05/2003 | | | |
| Louisiana | Approved | 05/31/2001 | | | |
| Maryland | Approved | 09/21/2000 | | | |
| Massachusetts | Approved | 03/31/1999 | | | |
| Michigan | Approved | 07/18/1996 | | | |
| Minnesota | Approved | 06/25/2001 | | | |
| Mississippi | Approved | 10/07/2002 | | | |
| Missouri | Approved | 10/21/2002 | | | |
| Nevada | Approved | 05/04/2001 | | | |
| New Jersey | Approved | 07/01/1996 | | | |
| New Mexico | Approved | 04/01/2003 | | | |
| New York | Approved | 05/18/1995 | | | |
| North Carolina | Approved | 10/24/2002 | | | |
| Ohio | Approved | 08/12/2002 | | | |
| Oklahoma | Approved | 05/16/2001 | | | |
| Oregon | Approved | 05/23/2003 | | | |
| Pennsylvania | Approved | 06/07/1996 | | | |
| Rhode Island | Approved | 05/16/2003 | | | |
| South Carolina | Approved | 03/21/2003 | | | |
| Texas | Approved | 11/05/2002 | | | |



NASD

©2007 NASD All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

www.nasdbrokercheck.com

# Firm Operations

## Types of Business

This section provides the types of business and any other business or other non-securities business the firm is engaged in or is expected to be engaged in as reported by the firm on Form BD.

**This firm currently conducts 11 types of businesses.**

## Types of Business

Exchange member engaged in exchange commission business other than floor activities

Broker or dealer retailing corporate equity securities over-the-counter

Mutual fund retailer

U. S. government securities broker

Municipal securities broker

Broker or dealer selling variable life insurance or annuities

Put and call broker or dealer or option writer

Investment advisory services

Non-exchange member arranging for transactions in listed securities by exchange member

Trading securities for own account

Broker or dealer selling interests in mortgages or other receivables



User Guidance

©2007 NASD. All rights reserved.     Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD LLC

www.nasdbrokercheck.com

# Firm Operations

## Clearing Arrangements

This firm does not hold or maintain funds or securities or provides clearing services for other broker-dealer(s).

## Introducing Arrangements

This firm does refer or introduce customers to other brokers and dealers.

**Name:** RBC DAIN CORRESPONDENT SERVICES

**Business Address:** 500 N BROADWAY
SUITE 1500
ST. LOUIS, MO 63102

**Effective Date:** 04/02/2004

**Description:** WE HAVE CLEARING ARRANGEMENT WITH RBC DAIN.

©2007 NASD  All rights reserved    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD  LLC



User Guidance

10

www.nasdbrokercheck.com

## Firm Operations

### Industry Arrangements

This firm does have books or records maintained by a third party.

**Name:** RBC DAIN CORRESPONDENT SERVICES

**Business Address:**
500 N. BROADWAY
SUITE 1500
ST. LOUISE, MO 63102

**Effective Date:** 04/02/2004

**Description:** ALL CLIENT ACCOUNTS ARE HELD AT RBC DAIN

This firm does have accounts, funds, or securities maintained by a third party.

**Name:** RBC DAIN CORRESPONDENT SERVICES

**Business Address:**
500 N. BROADWAY
SUITE 1500
ST. LOUISE, MO 63102

**Effective Date:** 04/02/2004

**Description:** ALL FIRM ACCOUNTS ARE HELD AT RBC DAIN.

This firm does have customer accounts, funds, or securities maintained by a third party.

**Name:** RBC DAIN CORRESPONDENT SERVICES

**Business Address:**
500 N. BROADWAY
SUITE 1500
ST. LOUISE, MO 63102

**Effective Date:** 04/02/2004

**Description:** ALL CLIENT ACCOUNTS ARE HELD AT RBC DAIN

### Control Persons/Financing

This firm does not have individuals who control its management or policies through agreement.

This firm does not have individuals who wholly or partly finance the firm's business.

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC



User Guidance

www.nasdbrokercheck.com

## Firm Operations

### Organization Affiliates

This section provides information relating to control relationships with entities engaged in the securities, investment advisory, or banking business as reported by the firm on Form BD.

**This firm is not, directly or indirectly:**

**in control of**

**controlled by**

**or under common control with**

any partnership, corporation, or other organization engaged in the securities or investment advisory business.

**This firm is not directly or indirectly, controlled by:**

**a bank holding company**

**national bank**

**state member bank of the Federal Reserve System**

**state non-member bank**

**savings bank or association**

· **credit union**

**or foreign bank**

©2007 NASD. All rights reserved    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

©2007 NASD. All rights reserved.   Report# 4830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

www.nasdbrokercheck.com

## Disclosure of Arbitration Awards, Disciplinary and Regulatory Events

Firms are required to answer a series of disclosure questions on Form BD and provide the corresponding details to any reported events as part of the securities industry registration and licensing process. The disclosure questions concern criminal and regulatory events, civil actions, and certain financial disclosures such as bankruptcy or liquidation proceedings filed within the past ten years, bond actions and unpaid judgments and liens. The firm must answer either "yes" or "no" to each question as it applies to the firm itself or to any of its control affiliates (i.e., an individual, partnership, corporation, trust, or other organization that directly or indirectly controls, is under common control with, or is controlled by the firm). This section lists the various disclosure questions and their corresponding answers as reported by the firm on Form BD.



**User Guidance**

**NASD**

Possible multiple reporting sources -- please note:

Disclosure event details may be reported by more than one source (i.e., regulator or firm). When this occurs, all versions of the reported event will appear in the firm's BrokerCheck report. The different versions of the same reported disclosure event are separated by a solid line with the reporting source clearly labeled.

| Regulatory Event | Pending | Final | On Appeal |
|---|---|---|---|
| | 0 | 5 | 0 |

www.nasdbrokercheck.com

©2007 NASD  All rights reserved     Report# 41830-86930 generated on Thursday, June 28, 2007 about LF ROTHSCHILD LLC

## Disclosure Event Details

This section provides the specific details for each disclosure event, as reported by the firm on Form BD, that correspond with any "yes" answers to the various Form BD disclosure questions. It also includes summary information regarding NASD arbitration awards in cases where the firm was named as a respondent in the arbitration proceeding, if any.

Nothing will be displayed in this section of the firm's BrokerCheck Report when the firm has no reported disclosure information.

If the firm does have reported disclosure events, please keep the following in mind when evaluating the disclosure event details. Items may involve pending actions or allegations that may be contested and have not been resolved or proven. The items may, in the end, be withdrawn or dismissed, or resolved in favor of the firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD by the firm and/or by securities industry regulators. Some of the specific data fields contained in this section of the report may be blank if the information was not provided to CRD.

Disclosure event details may be reported by more than one source (i.e., regulator and firm). When this occurs, all versions of the reported event will appear in the firm's BrokerCheck report. A solid line separates the different versions of the same reported disclosure event with the reporting source clearly labeled (e.g., Source: Firm or Source: Regulator).

### Regulatory - Final

This section provides information regarding any final, regulatory action as reported by the firm and/or a securities regulator to CRD as part of the securities industry registration and licensing process. Such event may include a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, a self-regulatory organization such as NASD or the New York Stock Exchange (NYSE), a federal regulator such as the U.S. Securities and Exchange Commission (SEC) or the Commodity Futures Trading Commission (CFTC), or a foreign financial regulatory body) for a violation of investment-related rules or regulations. In addition, a revocation or suspension of the authority of a firm's control affiliate to act as an attorney, accountant or federal contractor, if any, will appear here.

**Disclosure 1 of 5**

**Reporting Source:**  Regulator

**Current Status:**  Final

**Allegations:**  SEC ADMINISTRATIVE PROCEEDING RELEASE 34-54954, INVESTMENT ADVISERS RELEASE 40-2572 AND INVESTMENT COMPANY RELEASE 40-27601, DECEMBER 18, 2006; SECURITIES AND EXCHANGE COMMISSION COMPLAINT ALLEGES FAILURE TO REASONABLY SUPERVISE: SECTION 15 (B)(4)(E) OF THE EXCHANGE ACT; WILLFUL VIOLATION OF SECTION 17(A) OF THE EXCHANGE ACT AND RULE 17A-3; AND VIOLATION OF RULE 22C-1 PROMULGATED UNDER SECTION 22(C) OF THE INVESTMENT COMPANY



www.nasdbrokercheck.com

**Date Initiated:** 12/18/2006

**Docket/Case Number:** 3-12509

**Principal Product Type:** Mutual Fund(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Cease and Desist

**Other Sanction(s)/Relief Sought:**

**Resolution:** Order

**Resolution Date:** 12/18/2006

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $50,000.00
Disgorgement/Restitution
Cease and Desist/Injunction

**Other Sanctions Ordered:** UNDERTAKINGS: KAPLAN & CO. UNDERTAKES TO

**Initiated By:** UNITED STATES SECURITIES AND EXCHANGE COMMISSION

ACT. KAPLAN & CO. FAILED REASONABLY TO SUPERVISE INDIVIDUALS WITH A VIEW TO PREVENTING AND DETECTING THEIR VIOLATIONS OF THE FEDERAL SECURITIES LAWS. KAPLAN & CO. FAILED TO ADOPT ADEQUATE POLICIES AND PROCEDURES TO MONITOR MARKET TIMING AND LATE TRADING SO AS TO PREVENT AND DETECT THE FRAUDULENT CONDUCT DESCRIBED HEREIN. IN ADDITION, KAPLAN & CO. FAILED TO HAVE A SYSTEM IN PLACE FOR IMPLEMENTING THE LIMITED POLICIES AND PROCEDURES THAT DID EXIST.

KAPLAN & CO. ALSO VIOLATED RULE 22C-1 UNDER THE INVESTMENT COMPANY ACT IN ITS CAPACITY AS A DEALER IN CERTAIN MUTUAL FUND SHARES, RECEIVING AND EXECUTING ORDERS FOR THE PURCHASE OF THOSE SHARES AFTER THE 4:00 P.M. ET STOCK MARKET CLOSE. KAPLAN & CO. ALSO FAILED PROPERLY TO MAINTAIN ITS BROKERAGE BUSINESS BOOKS AND RECORDS BY NOT MAINTAINING RECORDS REFLECTING THE TIME OF ENTRY AND EXECUTION OF MUTUAL FUND ORDERS.



User Guidance

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

www.nasdbrokercheck.com

©2007 NASD  All rights reserved

Reporting Source:    Firm

Report # 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

**Sanction Details:**

COOPERATE FULLY WITH THE COMMISSION IN ANY AND ALL
INVESTIGATIONS, LITIGATIONS OR OTHER PROCEEDINGS
RELATING TO OR ARISING FROM THE MATTERS DESCRIBED IN THIS
ORDER. KAPLAN & CO. UNDERTAKES TO, WITHIN
30 DAYS OF THE ISSUANCE OF THE ORDER, HIRE AN INDEPENDENT
COMPLIANCE CONSULTANT ("CONSULTANT")
NOT UNACCEPTABLE TO THE COMMISSION STAFF, TO REVIEW AND
EVALUATE THE EFFECTIVENESS OF KAPLAN &
CO.'S SUPERVISORY AND COMPLIANCE SYSTEMS, POLICIES AND
PROCEDURES DESIGNED TO DETECT AND PREVENT
VIOLATIONS OF THE FEDERAL SECURITIES LAWS CONCERNING: (1)
REVIEW OF INCOMING AND OUTGOING CORRESPONDENCE, INCLUDING
ELECTRONIC CORRESPONDENCE SUCH AS E-MAIL; (2) MUTUAL FUND
MARKET TIMING ACTIVITY; (3) MUTUAL FUND LATE TRADING ACTIVITY;
AND (4) SUPERVISION OF BRANCH OFFICES.

WITHOUT ADMITTING OR DENYING THE FINDINGS HEREIN, EXCEPT AS TO
THE COMMISSION'S JURISDICTION OVER THEM AND THE SUBJECT
MATTER OF THESE PROCEEDINGS, WHICH ARE ADMITTED,
RESPONDENTS CONSENT TO THE ENTRY OF THIS ORDER INSTITUTING
PUBLIC ADMINISTRATIVE AND CEASE-AND-DESIST PROCEEDINGS,
MAKING FINDINGS, AND IMPOSING REMEDIAL SANCTIONS AND A
CEASE-AND-DESIST ORDER PURSUANT TO SECTIONS 15(B) AND 21C OF
THE SECURITIES EXCHANGE ACT OF 1934, SECTIONS 203(E) AND 203(F)
OF THE INVESTMENT ADVISERS ACT OF 1940, AND SECTIONS 9(B) AND 9
(F) OF THE INVESTMENT COMPANY ACT OF 1940. ACCORDINGLY,
PURSUANT TO SECTIONS 15(B) AND 21C OF THE EXCHANGE ACT,
SECTIONS 203(E) AND
203(F) OF THE ADVISERS ACT, AND SECTIONS 9(B) AND 9(F) OF THE
INVESTMENT COMPANY ACT, IT IS HEREBY ORDERED THAT:
KAPLAN & CO. SHALL CEASE AND DESIST FROM COMMITTING OR
CAUSING ANY VIOLATIONS AND ANY FUTURE VIOLATIONS OF RULE 22C-1
UNDER THE INVESTMENT COMPANY ACT. KAPLAN & CO. SHALL CEASE
AND DESIST FROM COMMITTING OR CAUSING ANY VIOLATIONS AND ANY
FUTURE VIOLATIONS OF SECTION 17(A)(1) OF THE EXCHANGE ACT AND
RULE 17A-3 THEREUNDER. RESPONDENT IS CENSURES; IT IS FURTHER
ORDERED THAT RESPONDENTS SHALL PAY,
JOINTLY AND SEVERALLY, WITHIN 10 DAYS OF THE ENTRY OF THIS
ORDER, DISGORGEMENT OF $46,521.60 AND PREJUDGMENT INTEREST OF
$3,478.40, FOR A TOTAL AMOUNT OF $50,000, TO THE UNITED STATES
TREASURY, WITHIN 10 DAYS OF THE ENTRY OF THIS ORDER, PAY A CIVIL
MONEY PENALTY IN THE AMOUNT OF $50,000.

NASD

User Guidance

16

www.nasdbrokercheck.com

**Current Status:** Final

**Allegations:** SUPERVISION, RULE 22C-1, BOOKS AND RECORDS

**Initiated By:** SECURITIES EXCHANGE COMMISSION

**Date Initiated:** 12/18/2006

**Docket/Case Number:** 3-12509

**Principal Product Type(s):** Mutual Fund(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Cease and Desist

**Other Sanction(s)/Relief Sought:**

**Resolution:** Consent

**Resolution Date:** 12/18/2006

**Sanctions Ordered:** Censure
Monetary/Fine $100,000.00
Disgorgement/Restitution
Suspension
Cease and Desist/Injunction

**Other Sanctions Ordered:**

**Sanction Details:** KAPLAN & CO. MUST HIRE AN INDEPENDANT COMPLIANCE CONSULTANT TO REVIEW THE FOLLOWING, CORRESPONDENCE, MUTUAL FUND OPERATIONS, SUPERVISION OF BRANCH OFFICES. CENSURE, AND THE FOLLOWING: KAPLAN & CO. AND JED KAPLAN, DISGORGEMENT $46,521.60 PREJUDGEMENT INTEREST $3,478.40, CIVIL MONEY PENALTY $50,000.00 JED KAPLAN, CIVIL MONEY PENALTY $50,000.00 JED KAPLAN SHALL BE SUSPENDED FROM ASSOCIATION IN A SUPERVISORY CAPACITY WITH ANY BROKER DEALER OR INVESTMENT ADVISOR FOR A PERIOD OF NINE MONTHS BEGINNING 1/2/07. HE MUST ALSO RETAKE THE SERIES 24 EXAM WITHIN THE SAME TIME PERIOD

**Disclosure 2 of 5**

**Reporting Source:** Regulator

**Current Status:** Final

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

NASD    User Guidance

www.nasdbrokercheck.com

**Allegations:** DURING THE TIME PERIOD OF APRIL 2004 - JANUARY 2005, RESPONDENT EFFECTED 180 TRANSACTIONS IN THE ACCOUNTS OF FOUR HAWAII RESIDENTS WITHOUT BEING REGISTERED AS A SECURITIES DEALER AND/OR SALESPERSON IN THE STATE OF HAWAII.

**Initiated By:** SECURITIES ENFORCEMENT BRANCH, DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS, STATE OF HAWAII

**Date Initiated:** 10/11/2005

**Docket/Case Number:** SEU-2004-085-B

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Stipulation and Consent

**Resolution Date:** 10/11/2005

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** Yes

**Sanctions Ordered:** Monetary/Fine $15,000.00

**Other Sanctions Ordered:**

**Sanction Details:** THE CIVIL PENALTY OF $15,000.00 WAS PAID IN 3 INSTALLMENTS OF $5,000.00 ON OCTOBER 12, 2005, OCTOBER 18, 2005, AND NOVEMBER 29, 2005.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** DURING THE TIME PERIOD OF APRIL 2004-JANUARY 2005, RESPONDENT EFFECTED 180 TRANSACTIONS IN THE ACCOUNTS OF FOUR HAWAII RESIDENTS WITHOUT BEING REGISTERED AS A SECURITIES DEALER AND/OR SALESPERSON IN THE STATE OF HAWAII.

**Initiated By:** SECURITIES ENFORCEMENT BRANCH, DEPARTMENT OF COMMERCE AND

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

NASD
User Guidance

www.nasdbrokercheck.com

**Date Initiated:** 10/11/2005

**Docket/Case Number:** SEU-2004-085-B

**Principal Product Type(s):** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** CONSUMER AFFAIRS, STATE OF HAWAII.

**Other Sanction(s)/Relief Sought:** STIPULATION AND CONSENT

**Sanctions Ordered:**

**Resolution:** Stipulation and Consent

**Resolution Date:** 10/11/2005

**Sanctions Ordered:** Monetary/Fine $15,000.00

**Other Sanctions Ordered:**

**Sanction Details:** THE CIVIL PENALTY OF $15,000 AS PAID IN 3 INSTALLMENTS OF $5,000 ON OCTOBER 12,2005, OCTOBER 18,2005 AND NOVEMBER 29,2005.

**Summary:** THE TRADES WERE EFFECTED WHEN THE FIRM THOUGHT IT WAS ALREADY REGISTERED, BUT WAS STILL PENDING.

---

**Disclosure 3 of 5**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** ON MAY 8, 2003, JED PHILIP KAPLAN, AS CEO OF KAPLAN & CO. SECURITIES INC., ELECTRONICALLY FIELD FOR REGISTRATION AS A BD IN THE STATE OF ALABAMA. THE APPLICATION WAS DEFICIENT AND ON MAY 9, 2003, A DEFICIENCY LETTER WAS DISPATCHED TO KAPLAN, AND IN ADDITION TO OTHER INFORMATION, WAS REQUESTED TO PROVIDE INFORMATION CONCERNING ANY PRIOR ACTIVITY IN THE STATE OF ALABAMA. NO RESPONSE WAS RECEIVED AND THE LETTER WAS TRACED ON JUNE 13, 2003, WITH NO RESPONSE. INFORMATION FROM KAPLAN'S CLEARING FIRM DISCLOSED THAT KAPLAN HAS 3 ACCOUNTS WITH ALABAMA RESIDENTS AND A TOTAL OF 157 TRANSACTIONS WERE EFFECTED IN THE ACCOUNTS. BASED UPON ALLEGED VIOLATIONS OF SECTIONS 8-6-3A, CODE OF ALABAMA 1975, FOR EFFECTING SECURITIES TRANSACTIONS PRIOR TO REGISTRATION AS A BD AND AGENT IN THE STATE OF ALABAMA, A CEASE AND DESIST ORDER WAS ISSUED, WITH NOTICE OR RIGHT TO A HEARING ATTACHED AND MADE A PART.

©2007 NASD All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

NASD
User Guidance

19

www.nasdbrokercheck.com

**Date Initiated:** 06/30/2004

**ALABAMA SECURITIES COMMISSION**

**Docket/Case Number:** CO-2003-0014

**Principal Product Type:** Investment Contract(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Other

**Other Sanction(s)/Relief Sought:** CONSENT ORDER

**Resolution:** Consent

**Resolution Date:** 06/30/2004

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Monetary/Fine $5,000.00

**Other Sanctions Ordered:** PAID ADMINISTRATIVE ASSESSMENT OF $2500 AND INVESTIGATIVE COSTS OF $2500.

**Sanction Details:** PAID ADMINISTRATIVE ASSESSMENT OF $2500 AND INVESTIGATIVE COSTS OF $2500.

**Summary:** CEASE AND DESIST ORDER (CD2003-0014) ISSUED JULY 15, 2003.PAID ADMINISTRATIVE ASSESSMENT OF $2500 AND INVESTIGATIVE COSTS OF $2500.

**Initiated By:** THEREOF, GIVING KAPLAN 28 DAYS FROM THE DATE OF RECEIPT OF THE ORDER TO RESPOND OR PERFECT A RIGHT TO A HEARING. NOTE: ON JANUARY 10, 2000, KAPLAN FILED AN APPLICATION FOR REGISTRATION AS A DEALER IN THE STATE OF ALABAMA; KAPLAN DID NOT RESPOND TO A DEFICIENCY LETTER DATED JANUARY 21, 2000, NOR A TRACER DATED MARCH 23, 2000. ON OCTOBER 18, 2000, AN ORDER OF DENIAL, ADMINISTRATIVE ORDER NO. OD-2000-0072, WAS ISSUED TO KAPLAN & CO. SECURITIES INC.ON JUNE 30, 2004, CO-2004-0014 WAS ISSUED AND KAPLAN PAID AN ADMINISTRATIVE ASSESSMENT OF $2500 AND INVESTIGATIVE COSTS OF $2500.



User Guidance

www.nasdbrokercheck.com

**Current Status:** Final

**Allegations:** THE FIRM HAD 3 CLIENTS IN THE STATE OF ALABAMA BEFORE BEING REGISTERED DIRECTLY WITH THE STATE

**Initiated By:** STATE OF ALABAMA ALABAMA SECURITIES COMMISSION

**Date Initiated:** 07/15/2003

**Docket/Case Number:** CD-2003-00-14

**Principal Product Type:** Other

**Other Product Type(s):** APPLICATION RELATED

**Principal Sanction(s)/Relief Sought:** Cease and Desist

**Other Sanction(s)/Relief Sought:**

**Resolution:** Consent

**Resolution Date:** 06/30/2004

**Sanctions Ordered:** Monetary/Fine $5,000.00

**Other Sanctions Ordered:**

**Sanction Details:** 2,500 ADMINISTRATION COST
2,500 INVESTIGATIVE COST

**Summary:**

---

**Disclosure 4 of 5**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** APPLICATION IS MATERIALLY INCOMPLETE. APPLICANT FAILED TO RESPOND TO THE COMMISSION'S REQUESTS FOR ADDITIONAL INFORMATION.

**Initiated By:** ALABAMA SECURITIES COMMISSION

**Date Initiated:** 10/18/2000

**Docket/Case Number:** OD-2000-0072

**Principal Product Type:** No Product


User Guidance
NASD

©2007 NASD. All rights reserved    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

www.nasdbrokercheck.com

| | |
|---|---|
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Denial |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Order |
| **Resolution Date:** | 10/18/2000 |
| **Sanctions Ordered:** | Revocation/Expulsion/Denial |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | |
| **Summary:** | APPLICATION IS MATERIALLY INCOMPLETE. APPLICANT FAILED TO RESPOND TO THE COMMISSION'S REQUESTS FOR ADDITIONAL INFORMATION. APPLICATION IS DENIED PURSUANT TO CODE OF ALABAMA 1975, SECTION 8-6-3(J)(1). |

APPLICATION IS MATERIALLY INCOMPLETE. APPLICANT FAILED TO RESPOND TO THE COMMISSION'S REQUESTS FOR ADDITIONAL INFORMATION. APPLICATION IS DENIED PURSUANT TO CODE OF ALABAMA 1975, SECTION 8-6-3(J)(1). PLEASE CALL (334)242-2984 FOR FURTHER INFORMATION.

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | APPLICATION WAS INCOMPLETE |
| **Initiated By:** | ALABAMA SECURITIES COMMISSION |
| **Date Initiated:** | 10/18/2000 |
| **Docket/Case Number:** | OD-2000-0072 |
| **Principal Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Denial |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Order |
| **Resolution Date:** | 10/18/2000 |

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC



User Guidance

22

www.nasdbrokercheck.com

| | |
|---|---|
| **Sanctions Ordered:** | |
| **Other Sanctions Ordered:** | Revocation/Expulsion/Denial |
| **Sanction Details:** | APPLICATION WAS INCOMPLETE |
| **Summary:** | APPLICATION WAS INCOMPLETE |

**Disclosure 5 of 5**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Current Status:** | Final |
| **Allegations:** | THE FIRM FAILED TO REGISTER AN AGENT FOR 1997 AS REQUIRED BY THE MARYLAND SECURITIES COMMISSIONER. |
| **Initiated By:** | MARYLAND DIVISION OF SECURITIES |
| **Date Initiated:** | 03/11/1997 |
| **Docket/Case Number:** | 97-0105 |
| **Principal Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Order |
| **Resolution Date:** | 09/21/2000 |
| **Sanctions Ordered:** | Revocation/Expulsion/Denial |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | |
| **Summary:** | AN ORDER TO SHOW CAUSE & ORDER OF SUMMARY SUSPENSION WAS ISSUED TO THE FIRM WHICH ORDERS PROVIDED THAT THE FAILURE TO NOTIFY THE DIVISION THAT AT AT LEAST ONE AGENT WAS REGISTERED OR TO REQUEST A HEARING WOULD RESULT IN THE BROKER-DEALER REGISTRATION BEING REVOKED. NO RESPONSE WAS RECEIVED.<br><br>BROKER-DEALER REGISTRATION REVOKED 3/11/97. CONTACT: ELLEN E. CHERRY, (410) 576-6494. BROKER-DEALER FINED $1500.00. REVOCATION ORDER VACATED, REGISTRATION REINSTATED 9/21/2000. |

NASD
User Guidance

www.nasdbrokercheck.com

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | THE FIRM FAILED TO REGISTER AS AN AGENT FOR 1997 |
| **Initiated By:** | MARYLAND DIVISION OF SECURITIES |
| **Date Initiated:** | 03/11/1997 |
| **Docket/Case Number:** | 97-0105 |
| **Principal Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Revocation |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Order |
| **Resolution Date:** | 09/21/2000 |
| **Sanctions Ordered:** | Revocation/Expulsion/Denial |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | |
| **Summary:** | AN ORDER TO SHOW CAUSE WAS ISSUED BROKER DEALER REGISTRATION WAS REVOKED 3/11/1997 DEALER WAS FINED $1,500 |

©2007 NASD. All rights reserved.    Report# 41830-86830 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

NASD

User Guidance

www.nasdbrokercheck.com

# About this BrokerCheck Report

BrokerCheck reports are part of an NASD initiative to disclose information about NASD-registered firms and brokers to help investors determine whether to conduct, or continue to conduct, business with these firms and brokers. The information contained within these reports is collected through the securities industry's registration and licensing process.

## Who provides the information in BrokerCheck?

Information made available through NASD BrokerCheck is derived from the Central Registration Depository (CRD®) as reported on the industry registration and licensing forms brokerage firms and brokers are required to complete.

The forms used by brokerage firms, Forms BD and BDW, are established by the Securities and Exchange Commission (SEC) and adopted by all state securities regulators and self-regulatory organizations (SROs), such as NASD and the New York Stock Exchange (NYSE). NASD and the North American Securities Administrators Association (NASAA) establish the Forms U4 and U5, the forms that collect broker information. Regulators provide information via Form U6, which is used primarily to report certain history about brokerage firms and brokers. These forms are approved by the SEC.

## How current is the information contained in BrokerCheck?

Brokerage firms and brokers are required to keep this information accurate and up-to-date (updates typically are required not later than 30 days after the broker/brokerage firm learns of an event). The report data is updated when a firm, broker, or regulator submits new or revised information to CRD. Generally, updated information is available on BrokerCheck Monday through Friday.

## What information is NOT disclosed through BrokerCheck?

Information that has not been reported to the CRD system, or that is not required to be reported, is not disclosed through NASD BrokerCheck. Examples of events that are not required to be reported or are no longer reportable include: judgments and liens originally reported as pending that subsequently have been satisfied and bankruptcy proceedings filed more than 10 years ago. Conversely, certain customer complaint information that is not required to be reported may be disclosed provided certain criteria are met.

Additional information not disclosed through BrokerCheck includes Social Security Numbers, residential history information, and physical description information. On a case-by-case basis, NASD reserves the right to exclude information that contains confidential customer information, offensive and potentially defamatory language or information that raises significant identity theft or privacy concerns that are not outweighed by investor protection concerns. NASD Interpretive Material 8310-2 describes in detail what information is and is not disclosed through BrokerCheck.

Under NASD's current public disclosure policy, in certain limited circumstances, most often pursuant to a court order, information is expunged from the CRD system. Further information about expungement from the CRD system is available in NASD Notices to Members 99-09, 99-54, 01-65, and 04-16 at www.nasd.com.

For further information regarding NASD's BrokerCheck program, please visit NASD's Web Site at www.nasd.com/brokercheck or call the NASD's BrokerCheck Hotline at (800) 289-9999. The hotline is open Monday through Friday from 8 a.m. to p.m., Eastern Time (ET).

For more information about the following, select the associated link:

- About BrokerCheck Reports: http://www.nasd.com/brokercheck_reports
- Glossary: http://www.nasd.com/brokercheck_glossary
- Questions Frequently Asked about BrokerCheck Reports: http://www.nasd.com/brokercheck_faq
- Terms and Conditions: http://brokercheck.nasd.com/terms.aspx

©2007 NASD. All rights reserved. Report# 41830-86839 generated on Thursday, June 28, 2007 about LF ROTHSCHILD, LLC

NASD

User Guidance

25