# EXHIBIT 10

Web   Images   Video   News   Maps   Gmail   more ▼                                                                 Sign in

Google          "kaplan & Co. securities"            [ Search ]   Advanced Search
                                                                  Preferences

---

Web                                         Results **1 - 10** of about **441** for **"kaplan & Co. securities"**. (0.14 seconds)

[PDF] Administrative Proceeding; Release No. 34-54954
File Format: PDF/Adobe Acrobat - View as HTML
UNITED STATES OF AMERICA. Before the. SECURITIES AND EXCHANGE
COMMISSION. SECURITIES EXCHANGE ACT OF 1934. Release No. 54954 / December
18, 2006 ...
www.sec.gov/litigation/admin/2006/34-54954.pdf - Similar pages

Press Release: Two Former Registered Representatives of a Boca ...
Ana were formerly associated as registered representatives at **Kaplan & Co. Securities**,
Inc., a Boca Raton-based broker-dealer and investment adviser. ...
www.sec.gov/news/press/2005-4.htm - 9k - Cached - Similar pages
[ More results from www.sec.gov ]

BSE - Registered Firms and Corporations
**Kaplan & Co. Securities**, Inc. King, Keller, Inc. L. LaBranche Financial Services, Inc.
Ladenburg, Thalman & Co., Inc. Lazard Capital Markets, LLC ...
www.bostonstock.com/Membership/member_listings.aspx - 67k - Cached - Similar pages

Boston Stock Exchange 2003 Annual Report :: Members
**Kaplan & Co. Securities**, Inc. King Keller, Inc. KWS Associates, Inc. LaBranche Financial
Services, Inc. Ladenburg, Thalman & Co., Inc. ...
www.bostonstock.com/About/AnnualReports/03/Wc1a2548c2ea6c.htm - 11k -
Cached - Similar pages

Kinetics Mutual Funds brokers_faq
**Kaplan & Co Securities** Kirkpatrick Pettis Lazard Freres Legent Clearing Legg Mason
Wood Walker, Inc. Lehman Brothers Leonard Securities, Inc. ...
www.kineticsfunds.com/brokers.htm - 17k - Cached - Similar pages

MM K's
KAPC ,P ,**KAPLAN & CO. SECURITIES** INC. , ,561-447-4727 KART ,M ,BRIARCLIFF
CAPITAL CORP. ,BROOKLYN, NY ,718-923-3091 KART ,M ,BRIARCLIFF CAPITAL
CORP. ,BOCA ...
www.allstocks.com/markets/SI/MM_A_s/MM_K_s/mm_k_s.html - 38k -
Cached - Similar pages

Market Makers
KAPC, P, **KAPLAN & CO. SECURITIES** INC. KART, P, Briarcliff Capital Corp.
BROOKLYN, NY, 718-923-3091. KART, P, Briarcliff Capital Corp. ...
bloodyrabbit.com/mm/k.html - 12k - Cached - Similar pages

Administrative Actions for 2003
**Kaplan & Co. Securities**, Inc. Cease & Desist, Jim Pugh, S03-00097. CD-2003-0015,
07/28/2003, LSI Regional Development Center Investment ...
www.asc.state.al.us/Orders/2003/Admin%20Orders%202003.htm - 34k -
Cached - Similar pages

DOB: News Bulletin 2167 - September 2, 2005

... and 2) facilitating improper market timing by **Kaplan & Co. Securities** Inc., Geek

---

Securities, Inc. and Canary Investment Management, LLC by permitting ...
ct.gov/dob/cwp/view.asp?A=2229&Q=301790 - 29k - Cached - Similar pages

DOB: News Bulletin 2142 - March 11, 2005
... an arrangement that resulted in approximately $1.2 million in profits for **Kaplan & Co. Securities**, Inc., $5.5 million in profits for Geek Securities, ...
ct.gov/dob/cwp/view.asp?A=2229&Q=297756 - 22k - Cached - Similar pages
[ More results from ct.gov ]

1 2 3 4 5 6 7 8 9 10   **Next**

Download Google Pack: free essential software for your PC

---

"kaplan & Co. securities"    [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▾                                                                Sign in

Google          "Kaplan & Co. Securities"          [Search]  Advanced Search
                                                            Preferences

---

Web                              Results **11 - 20** of about **453** for **"Kaplan & Co. Securities"**. (0.19 seconds)

**DOB: News Bulletin 2142 - March 11, 2005**
... an arrangement that resulted in approximately $1.2 million in profits for **Kaplan & Co.
Securities**, Inc., $5.5 million in profits for Geek Securities, ...
ct.gov/dob/cwp/view.asp?A=2229&Q=297756 - 22k - Cached - Similar pages

**Boca Raton Banking & Investments>Investment & Securities ...**
**KAPLAN & CO SECURITIES** 225 NE MIZNER BOULEVARD BOCA RATON FL 33432. p.
(561) 672-4731; KAPLAN SECURITIES 150 E PALMETTO PARK ROAD BOCA RATON FL
33432. ...
www.ybocaraton.com/index.php?page=pg_pcat_list&pcat_id=260 - 57k -
Cached - Similar pages

**Jigsaw - Kaplan & Co. Securities Business Contacts in Jigsaw's ...**
**Kaplan & Co. Securities** Business Contacts in Jigsaw's Business Directory. Jigsaw's
business directory provides complete contact information with emails and ...
www.jigsaw.com/id157328/kaplan_co_securities_company.xhtml - 25k - Supplemental
Result - Cached - Similar pages

**Eliot Spitzer News - The New York Times - Narrowed by 'MUTUAL FUNDS'**
... ETHICS, STOCKS AND BONDS, BROKERS AND BROKERAGE FIRMS, STA ANA,
DELANO N, POWELL, LAWRENCE S, **KAPLAN & CO SECURITIES**, SECURITIES AND
EXCHANGE COMMISSION ...
topics.nytimes.com/.../s/eliot_l_spitzer/index.html?query=MUTUAL%
20FUNDS&field=des&match=exact - 72k - Cached - Similar pages

[PDF] **Wiggin & Dana**
File Format: PDF/Adobe Acrobat - View as HTML
**Kaplan & Co. Securities**, Inc., a Florida broker dealer, and Security. Trust Company, an
Arizona corporate trust services company that ...
www.wiggin.com/db30/cgi-bin/pubs/Fraud%20Alert%20-%20Valentine%209-03.pdf -
Similar pages

**SEC fines 2 in Boca Raton - South Florida Business Journal:**
The Securities and Exchange Commission has ordered two former brokers at **Kaplan & Co.
Securities** in Boca Raton to pay a fine of $750000, split evenly, ...
www.bizjournals.com/southflorida/stories/2005/01/10/daily27.html - 79k -
Cached - Similar pages

**Law Firm Sonn & Erez Attorneys Fort Lauderdale, Florida Lawyers**
Did Jamie Solow, Richard Blumstein, John Webberly, JLS Financial Investment Corp.,
Samco Financial Services, Brookstreet Securities, **Kaplan & Co. Securities** ...
www.sonnerez.com/PracticeAreas/More-About-Misconduct.asp - 20k -
Cached - Similar pages

**Ezine - February 2005**
Ana were formerly associated as registered representatives at **Kaplan & Co. Securities**,
Inc., a broker-dealer and investment adviser based in Boca Raton, ...
www.realfundcompliance.com/ezine0205.cfm - 50k - Cached - Similar pages

Alacra - Private Company Index: Securities (801 - 900)
**Kaplan & Co Securities**, Inc. United States. KAR Holdings, Inc. United States. KBC Internationale Financieringsmaatschappij N.V.. Netherlands ...
www.alacra.com/company/private-companies.asp?industry=79&firstindex=801 - 45k -
Cached - Similar pages

[PDF] IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND ...
File Format: PDF/Adobe Acrobat - View as HTML
Trust Co., Deutsche Bank AG, **Kaplan & Co. Securities**, Pritchard Capital. Partners LLC, Trautman Wasserman & Co. Inc., and UBS Financial Services Inc.. ...
www.mdd.uscourts.gov/Opinions152/Opinions/Order-FundDerivative-Allianz.pdf -
Similar pages

Previous 1 2 3 4 5 6 7 8 9 10 11    Next

"Kaplan & Co. Securities"    [Search]

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google