# EXHIBIT 15

PTO Form 1478 (rev 6/30/05)
OMB No. 0651-0009 (Exp. xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

Serial Number: 78620791
Filing Date: 05/02/2005

The table below presents the data as entered.

| | |
|---|---|
| **MARK SECTION** | |
| MARK | L.F. Rothschild & Company |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | L.F. Rothschild & Company |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | KAPLAN, JED, P. |
| STREET | 17729 MIDDLEBROOK WAY |
| CITY | BOCA RATON |
| STATE | Florida |
| ZIP/POSTAL CODE | 33496 |
| COUNTRY | United States |
| PHONE | 561-414-6050 |
| FAX | 561-613-4728 |
| EMAIL | KAPLANSEC@AOL.COM |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **LEGAL ENTITY SECTION** | |
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| DESCRIPTION | FINANCIAL |
| FILING BASIS | Section 1(b) |
| **SIGNATURE SECTION** | |
| SIGNATURE | /JED KAPLAN/ |
| SIGNATORY NAME | JED KAPLAN |
| SIGNATORY DATE | 05/02/2005 |

| SIGNATORY POSITION | OWNER |
|---|---|
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| **CORRESPONDENCE SECTION** | |
| NAME | KAPLAN, JED,P. |
| STREET | 17729 MIDDLEBROOK WAY |
| CITY | BOCA RATON |
| STATE | Florida |
| ZIP/POSTAL CODE | 33496 |
| COUNTRY | United States |
| EMAIL | KAPLANSEC@AOL.COM |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon May 02 12:26:56 EDT 2005 |
| TEAS STAMP | USPTO/BAS-205188117132-20 0505021226564011192-786207 91-20032f9c0b7c259ce13673 17da641f8fd9-CC-1076-2005 0502122458743307 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp 02/XX/XXXX)

## Trademark/Service Mark Application, Principal Register

Serial Number: 78620791
Filing Date: 05/02/2005

**To the Commissioner for Trademarks:**

**MARK:** (Standard Characters, see mark)
The mark consists of standard characters, without claim to any particular font, style, size, or color.
The literal element of the mark consists of L.F. Rothschild & Company.
The applicant, JED,P. KAPLAN, a citizen of United States, residing at 17729 MIDDLEBROOK WAY, BOCA RATON, Florida, United States, 33496, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).
    International Class _____ : FINANCIAL
The USPTO is authorized to communicate with the applicant or its representative at the following email address: KAPLANSEC@AOL.COM.
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /JED KAPLAN/   Date: 05/02/2005
Signatory's Name: JED KAPLAN
Signatory's Position: OWNER
Mailing Address:
   KAPLAN, JED,P.
   17729 MIDDLEBROOK WAY
   BOCA RATON, Florida 33496
RAM Sale Number: 1076
RAM Accounting Date: 05/02/2005
Serial Number: 78620791
Internet Transmission Date: Mon May 02 12:26:56 EDT 2005
TEAS Stamp: USPTO/BAS-205188117132-20050502122656401
192-78620791-20032f9c0b7c259ce1367317da6
41f8fd9-CC-1076-20050502122458743307

# L.F. Rothschild & Company