# EXHIBIT 17

# Request for Express Abandonment

The table below presents the data as entered.

| | |
|---|---|
| **SERIAL NUMBER** | 78871037 |
| **PUBLISH FOR OPPOSITION DATE** | 00/00/0000 |
| **MARK SECTION** | |
| MARK | L.F. ROTHSCHILD |
| **REQUEST FOR EXPRESS ABANDONMENT SECTION** | |
| STATEMENT | The applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. |
| **SIGNATURE SECTION** | |
| SIGNATURE | /BRUCE H. SALES/ |
| SIGNATORY NAME | BRUCE H. SALES |
| SIGNATORY DATE | 05/04/2006 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu May 04 16:55:24 EDT 2006 |
| TEAS STAMP | USPTO/REA-207.99.9.50-200 60504165524183757-7887103 7-2507a18ff5117276c5f15a4 d96eff429c28-N/A-N/A-2006 0504165458718001 |

# Request for Express Abandonment

To the Commissioner for Trademarks:

**MARK:** L.F. ROTHSCHILD
**SERIAL NUMBER:** 78871037

By submission this request, the applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. Except as provided in 37 C.F.R Section 2.135 (concerning the commencement of an opposition, concurrent use, or interference proceeding), the fact that an application has been expressly abandoned shall not, in any proceeding in the United State Patent and Trademark Office, affect any right that the applicant may have in the mark which is the subject of the abandoned application.

Signature: /BRUCE H. SALES/   Date: 05/04/2006
Signatory's Name: BRUCE H. SALES

Serial Number: 78871037
Internet Transmission Date: Thu May 04 16:55:24 EDT 2006
TEAS Stamp: USPTO/REA-207.99.9.50-200605041655241837
57-78871037-2507a18ff5117276c5f15a4d96ef
f429c28-N/A-N/A-20060504165458718001



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

May 05, 2006

## NOTICE OF ABANDONMENT

BRUCE H. SALES
LERNER, DAVID, LITTENBERG, KRUMHOLZ & ME
600 SOUTH AVE W
WESTFIELD, NJ 07090-1404

ATTORNEY
REFERENCE
NUMBER:
KAPLAN 10.0-

**SERIAL NUMBER:** 78/871037
**MARK:** L.F. ROTHSCHILD
**APPLICANT:** Jed P. Kaplan

THE ABOVE IDENTIFIED TRADEMARK APPLICATION WAS ABANDONED ON 05/04/2006 FOR THE FOLLOWING REASON:

APPLICANT'S LETTER OF EXPRESS ABANDONMENT WAS RECEIVED IN THE PATENT AND TRADEMARK OFFICE ON 05/04/2006.  (TRADEMARK RULE 2.68).