# EXHIBIT 18

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

Serial Number: 78876788
Filing Date: 05/04/2006

The table below presents the data as entered.

| MARK SECTION | |
|---|---|
| MARK | L.F. ROTHSCHILD & COMPANY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | L.F. ROTHSCHILD & COMPANY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Jed P. Kaplan |
| STREET | 17729 Middlebrook Way |
| CITY | Boca Raton |
| STATE | FL |
| ZIP/POSTAL CODE | 33496 |
| COUNTRY | United States |
| PHONE | (561) 414-6050 |
| EMAIL | trademarkadmin@ldlkm.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **LEGAL ENTITY SECTION** | |
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 036 |
| DESCRIPTION | FINANCIAL SERVICES |
| FILING BASIS | Section 1(b) |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Bruce H. Sales/ |
| SIGNATORY NAME | Bruce H. Sales |
| SIGNATORY DATE | 05/04/2006 |

| SIGNATORY POSITION | Attorney of Record |
|---|---|
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | DA |
| **ATTORNEY** | |
| NAME | Bruce H. Sales |
| FIRM NAME | Lerner, David, Littenberg, Krumholz & Mentlik, LLP |
| STREET | 600 South Avenue West |
| CITY | Westfield |
| STATE | NJ |
| ZIP/POSTAL CODE | 07090 |
| COUNTRY | United States |
| PHONE | 908-654-5000 |
| FAX | 908-654-7866 |
| EMAIL | trademarkadmin@ldlkm.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | KAPLAN 10.0-002 |
| OTHER APPOINTED ATTORNEY(S) | Raymond W. Augustin, Joseph F. Bender-Zanoni, Daniel H. Bobis, Frank J. Borchetta, Richard J. Botos, Michael D. Braunstein, April M. Capati, Scott E. Charney, Raymond B. Churchill, Jr., Orville R. Cockings, David L. Cohen, Harvey L. Cohen, Robert B. Cohen, Jonathan A. David, Sidney David, Jeffrey S. Dickey, Mayankkumar M. Dixit, Michael J. Doherty, Arnold B. Dompieri, Kelly I. Dunham, Russell W. Faegenburg, Thomas M. Finetti, Shawn P. Foley, Raymond Garguilo, Jr., Gregory S. Gewirtz, Keith E. Gilman, Stephen B. Goldman, Michael T. Hages, Matthew E. Hanley, Douglas T. Hudson, Kelly Y. Hwang, Andrea Jo Kamage, Samantha M. Kameros, Charles P. Kennedy, Paul H. Kochanski, Kevin M. Kocun, Arnold H. Krumholz, Andrew T. Lane, Lawrence I. Lerner, Joseph S. Littenberg, William L. Mentlik, Marcus J. Millet, Daryl K. Neff, John R. Nelson, George K. Ng, Thomas M. Palisi, Gregg A. Paradise, Bruno Polito, Steven L. Procaccini, Stacie L. Ropka, Stephen F. Roth, Lawrence E. Russ, Bruce H. Sales, Dennis M. Smid, Michael H. Teschner, Roy H. Wepner, Daniel J. Woods, Andrew T. Zidel |
| **CORRESPONDENCE SECTION** | |
| NAME | Bruce H. Sales |
| FIRM NAME | Lerner, David, Littenberg, Krumholz & Mentlik, LLP |
| STREET | 600 South Avenue West |
| CITY | Westfield |
| STATE | NJ |
| ZIP/POSTAL CODE | 07090 |

| | |
|---|---|
| COUNTRY | United States |
| PHONE | 908-654-5000 |
| FAX | 908-654-7866 |
| EMAIL | trademarkadmin@ldlkm.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu May 04 16:57:25 EDT 2006 |
| TEAS STAMP | USPTO/BAS-20799964-200605 04165725947308-78876788-2 003c7fd7fe16ebc46b8b8a967 c211aa6fe-DA-383-20060504 165641597040 |

PTO Form 1478 (Rev 9-2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

Serial Number: 78876788
Filing Date: 05/04/2006

**To the Commissioner for Trademarks:**

**MARK:** (Standard Characters, see mark)
The mark consists of standard characters, without claim to any particular font, style, size, or color.
The literal element of the mark consists of L.F. ROTHSCHILD & COMPANY.
The applicant, Jed P. Kaplan, a citizen of United States, residing at 17729 Middlebrook Way, Boca Raton, FL, United States, 33496, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).
    International Class 036: FINANCIAL SERVICES
The applicant hereby appoints Bruce H. Sales and Raymond W. Augustin, Joseph F. Bender-Zanoni, Daniel H. Bobis, Frank J. Borchetta, Richard J. Botos, Michael D. Braunstein, April M. Capati, Scott E. Charney, Raymond B. Churchill, Jr., Orville R. Cockings, David L. Cohen, Harvey L. Cohen, Robert B. Cohen, Jonathan A. David, Sidney David, Jeffrey S. Dickey, Mayankkumar M. Dixit, Michael J. Doherty, Arnold B. Dompieri, Kelly I. Dunham, Russell W. Faegenburg, Thomas M. Finetti, Shawn P. Foley, Raymond Garguilo, Jr., Gregory S. Gewirtz, Keith E. Gilman, Stephen B. Goldman, Michael T. Hages, Matthew E. Hanley, Douglas T. Hudson, Kelly Y. Hwang, Andrea Jo Kamage, Samantha M. Kameros, Charles P. Kennedy, Paul H. Kochanski, Kevin M. Kocun, Arnold H. Krumholz, Andrew T. Lane, Lawrence I. Lerner, Joseph S. Littenberg, William L. Mentlik, Marcus J. Millet, Daryl K. Neff, John R. Nelson, George K. Ng, Thomas M. Palisi, Gregg A. Paradise, Bruno Polito, Steven L. Procaccini, Stacie L. Ropka, Stephen F. Roth, Lawrence E. Russ, Bruce H. Sales, Dennis M. Smid, Michael H. Teschner, Roy H. Wepner, Daniel J. Woods, Andrew T. Zidel of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, 600 South Avenue West, Westfield, NJ, United States, 07090 to submit this application on behalf of the applicant. The attorney docket/reference number is KAPLAN 10.0-002.
The USPTO is authorized to communicate with the applicant or its representative at the following email address: trademarkadmin@ldlkm.com.
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to

use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Bruce H. Sales/   Date: 05/04/2006
Signatory's Name: Bruce H. Sales
Signatory's Position: Attorney of Record
Mailing Address:
   Bruce H. Sales
   600 South Avenue West
   Westfield, NJ 07090
RAM Sale Number: 383
RAM Accounting Date: 05/05/2006
Serial Number: 78876788
Internet Transmission Date: Thu May 04 16:57:25 EDT 2006
TEAS Stamp: USPTO/BAS-20799964-20060504165725947308-78876788-2003c7fd7fe16ebc46b8b8a967c211a a6fe-DA-383-20060504165641597040

# L.F. ROTHSCHILD & COMPANY