# EXHIBIT 19

# COVER LETTER

TO: Registration Section
Division of Corporations

SUBJECT: <u>KAPLAN & CO. SECURITIES, LLC</u>
(Name of Limited Liability Company)

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

<u>MICHAEL I. KOTLER, ESQUIRE</u>
(Name of Person)

<u>SCHWARTZ, GOLD, COHEN, ZAKARIN & KOTLER, P.A.</u>
(Firm/Company)

<u>54 SW BOCA RATON BLVD</u>
(Address)

<u>BOCA RATON, FLORIDA 33432</u>
(City/State and Zip Code)

For further information concerning this matter, please call:

<u>MICHAEL I. KOTLER, ESQUIRE</u> at ( <u>561</u> ) <u>361-9600</u>
(Name of Person)   (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee   ☑ $30.00 Filing Fee & Certificate of Status   ☐ $55.00 Filing Fee & Certified Copy (additional copy is enclosed)   ☐ $60.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

ARTICLES OF AMENDMENT
TO
ARTICLES OF ORGANIZATION
OF

FILED
07 JAN -3 PM 12: 48
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

KAPLAN & CO SECURITIES, LLC
(Present Name)
(A Florida Limited Liability Company)

FIRST: The Articles of Organization were filed on 11/27/2006 and assigned document number L06000113641.

SECOND: This amendment is submitted to amend the following:

THE NAME OF THE LIMITED LIABILITY COMPANY SHALL BE AS FOLLOWS:

LF ROTHSCHILD, LLC

Dated JANUARY 2, 2007.

Signature of a member or authorized representative of a member

JED KAPLAN
Typed or printed name of signee

Filing Fee: $25.00