# EXHIBIT 20



Welcome!

Login / New Account    Order
PRODUCTS    MY ACCOUNT    RENEW    PROGRAMS    WHOIS    HELP    ABOUT
Domain Names    Email Services    Website Hosting    Website Design    Website Marketing    Website Security

Home > Find Domain Holder

# Find Domain Name Holder



## Request This Name

No Upfront Fees! Express your interest in obtaining lfrothschild.com if it becomes available on a no-obligation basis.

## Whois Result for lfrothschild.com @ whois.melbourneit.com

### Registrant

| | |
|---|---|
| Name | Kaplan & Co. Securities Inc. |
| Address | 150 E Palmeto Park Road Ste 450 |
| Address | Boca Raton |
| Address | 33432-4083 |
| Address | FL |
| Address | UNITED STATES |

### Domain

| | |
|---|---|
| Name | lfrothschild.com |
| CreatedDate | 2005-04-29 |
| UpdatedDate | 2007-02-20 |
| ExpiresDate | 2008-04-29 |
| NameServer | NS1.SECURE.NET |
| NameServer | NS2.SECURE.NET |
| Status | clientTransferProhibited |

### AdminContact

| | |
|---|---|
| Name | Steven Grossman |
| Address | 150 E Palmeto Park Road Ste 450 |
| Address | Boca Raton |
| Address | 33432-4083 |
| Address | FL |
| Address | UNITED STATES |
| Email | Sgrossman@kaplansecurities.com |
| Phone | 561-613-4727 |

**TechContact**

| | |
|---|---|
| Name | Domain Administrator |
| Address | PO Box 3895 |
| Address | Englewood |
| Address | 80155 |
| Address | CO |
| Address | UNITED STATES |
| Email | verioservercp@domainservices.com |
| Phone | +180.14370220 |

© 2007 Melbourne IT Ltd    Contact us | Site Map | Site Feedback | Policies | Privacy Policy | Careers

Domain Name Registration | Melbourne IT Corporate | Online Business Guide | Domain Name Renewals | Corporate Brand Services Management |
searchzone.com.au | Software as a Service