# EXHIBIT 22



**DLA Piper Rudnick Gray Cary US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
T 212.835.6000
F 212.835.6001
W www.dlapiper.com

ANDREW L. DEUTSCH
andrew.deutsch@dlapiper.com
T 212.835.6080  F 212.835.6001

July 21, 2005

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Mr. Jed P. Kaplan
17729 Middlebrook Way
Boca Raton, Florida 33496

Re:    L.F. ROTHSCHILD & COMPANY

Dear Mr. Kaplan:

We are counsel to N.M. Rothschild & Sons Limited of London, England, the well-known merchant banking firm, Rothschild & Compagnie Banque, which runs a banking business in Paris, and Rothschild North America, Inc. and its wholly-owned subsidiaries, including Rothschild, Inc., which conducts an investment and merchant banking business in New York and elsewhere in the United States. We also represent various other companies affiliated with the clients listed above. Our clients and their affiliates conduct merchant banking and other financial services businesses throughout the United States and the world. As you are no doubt aware, the "Rothschild" name and mark for banking and financial services is world-famous and has been used by our clients for many years. It is one of the strongest and most respected names in the financial and investment industries. Our clients have taken and will continue to take all necessary measures to protect the "Rothschild" name and mark and the goodwill and public association attached to it.

You should further be aware that in April 1993, one of our clients purchased all right, title and interest in the L.F. Rothschild mark from L.F. Rothschild & Co., Incorporated.

We have learned that on or about May 2, 2005, you filed an intent-to-use application in the United States Patent and Trademark Office to register the term L.F. ROTHSCHILD & COMPANY for use in International Class 36 for financial services, under Application Serial No. 78620791. Please be advised that our clients view this application, and any proposed use of the L.F. ROTHSCHILD mark, as a clear attempt to deceive the public and unfairly trade on the public recognition of the "Rothschild" name and mark. Such use would constitute trademark and infringement and dilution under federal and state trademark law, and deceptive trade practices and unfair competition under state law.

**Serving clients globally**



Mr. Jed P. Kaplan
July 21, 2005
Page 2

In the event of such use, our client may be entitled to preliminary and permanent injunctive relief, as well as damages and/or a recovery of your profits, which may, in the discretion of the court, be trebled or otherwise enhanced. Our client may also be entitled, in such circumstances, to recover attorney's fees. In addition, our clients will oppose any registration of the L.F. ROTHSCHILD mark, should it be published for opposition by the USPTO.

Accordingly, we demand that you immediately cease and desist from any use of the name or mark L.F. ROTHSCHILD, or any combination of that name or mark with other words, and that you provide us with written confirmation that you have ceased use of that mark and have withdrawn your trademark application with the USPTO. Please be advised that if, after receiving this notice, you use the mark in commerce, we will regard such use as willful infringement and will seek the enhanced damages that are available under law.

Please understand that our clients attach the highest significance to protection of their name and marks and will undertake any and all legal steps to prevent violation of their rights.

Sincerely yours,

Andrew L. Deutsch

/ald



CERTIFIED MAIL

7002 0860 0000 6323 6102

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED

Mr. Jed P. Kaplan
17729 Middlebrook Way
Boca Raton, Florida 33496

$ 04.42⁰
JUL 21 2005
PITNEY BOWES
ZIP CODE 10020

DLA PIPER RUDNICK
GRAY CARY



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Andrew L. Deutsch
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York 10021