# EXHIBIT 23



**ROTHSCHILD**

Sitemap | Legal Notice

31 Offices Worldwide

About Us    Our Businesses    Career Opportunities    Offices Worldwide

**Welcome to Rothschild**

Rothschild is a leading international bank with over 200 years of banking expertise, employing over 2000 people in 40 offices around the world.

**WORKING TOGETHER**

Dedicated Teams combining a broad pool of experience and senior skills lie at the heart of the Rothschild approach.

**CREATING INTELLIGENT SOLUTIONS**

We believe in fostering strong relationships and a deep understanding of your needs and marketing opportunities.

**DELIVERING ADVANTAGE**

The Rothschild commitment is to the long-term success of your business.

**Recent Awards**

2007
- **Acquisitions Monthly**
  Awards 2007
  M&A Bank of the year
  Buyout of the year - VNU

2006
- **Financial News**
  UK M&A House of the Year
  European M&A House of the Decade - Runner-up

- **EuroMoney**
  Best UK M&A House of the Year
  Best Provider of Trust Services in the UK
  Best Equity House in the Netherlands

- **dealogic**

**Recent Deals**

**MEGGITT PLC**

US\$1.8bn acquisition of K&F Industries Holdings Inc
Current

**PAI**

€1.7bn disposal of Saur Group to a consortium comprising CDC, Séché



*Rothschild is a pre-eminent global investment bank* with a 200 year old history of providing innovative financial advice and the highest quality of execution for its clients. Rothschild is one of the few remaining privately-held investment banks giving the firm an unique long-term perspective on its clients, business and career development. Rothschild consistently ranks in the top tier of financial advisors globally. Year-to-date, Rothschild ranked 8th in Worldwide M&A[1].

Rothschild North America is a leading financial advisor to top tier clients, specializing in Mergers & Acquisitions, Restructuring and Private Placements of Debt and Equity. In all its product areas, Rothschild concentrates on providing a diverse range of financial solutions for its clients. In the U.S. the firm has over 100 investment banking professionals focused on providing trusted, independent advice in a broad range of industries as well as those who focus specifically on industries such as telecommunications, financial institutions, natural resources, media, chemicals, and utilities. Rothschild North America is rapidly growing its U.S. business while at the same time taking advantage of the firm's strong international presence to execute large, complex cross-border transactions.

Rothschild strives to attract the best talent based on ability, qualifications and the needs of our business.

## Rothschild On-Campus Events:

| Event | Date | Location |
|-------|------|----------|
| 2nd Year Presentation & Case Study | Tuesday, September 21 12:00 PM | Huntsman Hall Room 260 |
| 2d Year Resume Submission | Friday, October 1 | |
| 2nd Year Interviews | Friday, October 22 | On-Campus |

Dealogic, July 1, 2004. Announced deals by value

www.rothschild.com



**ROTHSCHILD**

1251 Avenue of the Americas
New York, New York 10020

Telephone (212) 403-3500
www.rothschild.com

❀ R ROTHSCHILD

Telephone (212) 403-3500
Facsimile (212) 403-3501

With compliments

Rothschild Inc
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

ROTHSCHILD