# EXHIBIT 24


