UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
ROTHSCHILDS CONTINUATION HOLDINGS AG, ETA L.,
vs.
Defendant
JED P. KAPLAN, ET AL.,

Case No.: 07 CV 6261
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____
I, Robert Harrington, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jul 13 2007 2:40PM, I executed service of ***SEE ATTACHED DOCUMENT LIST*** on JED P. KAPLAN at LF ROTHSCHILD, LLC, 150 E PALMETTO PARK Road SUITE 450, BOCA RATON, FL

By Personal Service to: JED P. KAPLAN, NAMED DEFENDANT, A white male approx. 45-55 years of age 5'6"-5'8" in height weighing 160-180 lbs

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____  Execute on Jul 16, 2007
Robert Harrington, Reg. # 973, Palm Beach, FL

State of Florida County of ___Palm RCH___
Subscribed and sworn to before me, a notary public on Jul 16, 2007

[Notary seal: ALESKA LAGOS, Public - State of Florida, Expires May 20, ____, # DD 675___]

PFI Order No. 4838373

# DOCUMENT LIST

SUMMONS; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 STATEMENT; INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN; CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING; COMPLAINT; EXHIBITS; NOTICE OF MOTION FOR PRELIMINARY INJUNCTION & PROPOSED ORDER; NOTICE OF MOTION FOR ORDER GRANTING EXPEDITED DISCOVERY & PROPOSED ORDER; [PROPOSED] ORDER PERMITTING EXPEDITED DISCOVERY & SETTING DATE FOR PRELIMINARY INJUNCTION HEARING; [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION; PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND ORDER GRANTING EXPEDITED DISCOVERY; DECLARATION OF JOHN M. CARROLL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER GRANTING EXPEDITED DISCOVERY; DECLARATION EXHIBITS

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff<br>ROTHSCHILDS CONTINUATION HOLDINGS AG, ETA L.,<br>vs.<br>Defendant<br>JED P. KAPLAN, ET AL., | Case No.: 07 CV 6261<br>Hearing Date:<br>Attorney of Record: |

### AFFIDAVIT OF SERVICE

Received this on _____

I, Robert Harrington, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jul 13 2007 2:40PM, I executed service of ***SEE ATTACHED DOCUMENT LIST*** on KAPLAN & CO. SECURITIES, LLC at KAPLAN & CO. SECURITIES, LLC, 150 E PALMETTO PARK Road SUITE 450, BOCA RATON, FL

By Personal Service to: JED P. KAPLAN, REGISTERED AGENT, A white male approx. 45-55 years of age 5'6"-5'8" in height weighing 180-200 lbs

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ Execute on Jul 16, 2007
Robert Harrington, Reg. # 973, Palm Beach, FL

State of Florida County of *Palm Beach*
Subscribed and sworn to before me, a notary public on Jul 16, 2007

_____
Notary Public

ID: 4838374

WALESKA LAGOS
Notary Public - State of Florida
My Commission Expires May 28, 20__
Commission # DD 67____

PFI Order No. 4838374

# DOCUMENT LIST

SUMMONS; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 STATEMENT; INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN; CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING; COMPLAINT; EXHIBITS; NOTICE OF MOTION FOR PRELIMINARY INJUNCTION & PROPOSED ORDER; NOTICE OF MOTION FOR ORDER GRANTING EXPEDITED DISCOVERY & PROPOSED ORDER; [PROPOSED] ORDER PERMITTING EXPEDITED DISCOVERY & SETTING DATE FOR PRELIMINARY INJUNCTION HEARING; [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION; PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND ORDER GRANTING EXPEDITED DISCOVERY; DECLARATION OF JOHN M. CARROLL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER GRANTING EXPEDITED DISCOVERY; DECLARATION EXHIBITS

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
ROTHSCHILDS CONTINUATION HOLDINGS AG, ETA L.,
vs.
**Defendant**
JED P. KAPLAN, ET AL.,

Case No.: 07 CV 6261
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____
I, Robert Harrington, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jul 13 2007 2:40PM, I executed service of ***SEE ATTACHED DOCUMENT LIST*** on LF ROTHSCHILD, LLC at LF ROTHSCHILD, LLC, 150 E PALMETTO PARK Road SUITE 450, BOCA RATON, FL

By Personal Service to: JED P KAPLAN, REGISTERED AGENT, A white male approx. 45-55 years of age 5'6"-5'8" in height weighing 180-200 lbs

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ Execute on Jul 16, 2007
Robert Harrington, Reg. # 973, Palm Beach, FL

State of Florida County of Palm Bch
Subscribed and sworn to before me, a notary public on Jul 16, 2007

_____
Notary Public

ID: 4838375
Client Reference:

[Notary Seal: WALESKA LAGOS, Notary Public - State of Florida, My Commission Expires May 20, 2011, Commission # DD 575956]

PFI Order No. 4838375

# DOCUMENT LIST

SUMMONS; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 STATEMENT; INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN; CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING; COMPLAINT; EXHIBITS; NOTICE OF MOTION FOR PRELIMINARY INJUNCTION & PROPOSED ORDER; NOTICE OF MOTION FOR ORDER GRANTING EXPEDITED DISCOVERY & PROPOSED ORDER; [PROPOSED] ORDER PERMITTING EXPEDITED DISCOVERY & SETTING DATE FOR PRELIMINARY INJUNCTION HEARING; [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION; PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND ORDER GRANTING EXPEDITED DISCOVERY; DECLARATION OF JOHN M. CARROLL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER GRANTING EXPEDITED DISCOVERY; DECLARATION EXHIBITS