UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
                                                      :
ROTHSCHILDS CONTINUATION                              :   1:07- cv- 06261 (AKH)
HOLDINGS AG, ROTHSCHILD NORTH                         :
AMERICA INC., ROTHSCHILD INC., and                    :   ECF Case
ROTHSCHILD ASSET MANAGEMENT                           :
INC.,                                                 :
                                                      :   **NOTICE OF APPEARANCE**
                      Plaintiffs,                     :
                                                      :
            vs.                                       :
                                                      :
JED P. KAPLAN, KAPLAN & CO.                           :
SECURITIES LLC, and LF ROTHSCHILD,                    :
LLC,                                                  :
                                                      :
                      Defendants.                     :
                                                      :
------------------------------------------------------X

PLEASE TAKE NOTICE that Ira Lee Sorkin and Jeffery Becherer hereby appear in this action on behalf of Defendants JED P. KAPLAN, KAPLAN & CO. SECURITIES LLC, and LF ROTHSCHILD, LLC,.

> Respectfully submitted,
> DICKSTEIN SHAPIRO LLP
>
> By: s/ Ira Lee Sorkin
>     Ira Lee Sorkin (IS- 8884)
>     Jeffery Becherer (JB- 1976)
> 1177 Avenue of the Americas
> New York, New York  10036
> Phone: (212) 277-6500
> Fax: (212) 277-6501
> sorkini@docksteinshapiro.com
> *Attorneys for Defendants* JED P. KAPLAN,
> KAPLAN & CO. SECURITIES LLC, and LF
> ROTHSCHILD, LLC,
>
> By: s/ Jeffery Becherer
>     Jeffery Becherer (JB – 1976)
> bechererj@dicksteinshapiro.com

261416.01