Andrew L. Deutsch (AD 5782)
Monica Petraglia McCabe (MM 5833)
Christine m. Jaskiewicz (CJ 1477)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Attorneys for Plaintiffs*



Ira Lee Sorkin, Esq.
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROTHSCHILDS CONTINUATION HOLDINGS
AG, ROTHSCHILD NORTH AMERICA INC.,   :     1:07-cv-06261 (AKH)
ROTHSCHILD INC., and ROTHSCHILD ASSET :
MANAGEMENT INC.,                      :

                        Plaintiffs,   :     **STIPULATION FOR**
                                      :     **EXTENSION OF TIME**
        -vs-                          :

JED P. KAPLAN, KAPLAN & CO. SECURITIES :
LLC, and LF ROTHSCHILD, LLC,          :

                        Defendants.   :
-----------------------------------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned counsel for Rothschilds Continuation Holdings AG, Rothschild North

America Inc., Rothschild Inc., and Rothschild Asset Management Inc. (collectively, the

"Plaintiffs"), and counsel for Jed P. Kaplan, Kaplan & Co. Securities LLC, and LF

260379.01

Rothschild, LLC (collectively, the "Defendants"), that Defendants time to file its Answer shall be extended until September 4, 2007.

IT IS HEREBY FURTHER STIPULATED AND AGREED by undersigned counsel that discovery shall not commence prior to the filing of the Defendants' Answer, nor shall a hearing for Plaintiffs Motion for Preliminary Injunction and for an Order Granting Expedited Discovery be scheduled.

DATED: July 27, 2007

DICKSTEIN SHAPIRO LLP

By: _____
Ira Lee Sorkin, Esq.
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
*Attorneys for Defendants*

DLA PIPER US LLP

By: _____
Andrew L. Deutsch (AD 5782)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Attorneys for Plaintiffs*

SO ORDERED: 8/7/07

_____
U.S.D.J.

2

260379.01