Andrew L. Deutsch
Monica Petraglia McCabe
Christine M. Jaskiewicz
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Attorneys for Plaintiffs*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ROTHSCHILDS CONTINUATION HOLDINGS
AG, ROTHSCHILD NORTH AMERICA INC.,
ROTHSCHILD INC., and ROTHSCHILD
ASSET MANAGEMENT INC.,

                              Plaintiffs,

              - v. -

JED P. KAPLAN, KAPLAN & CO.
SECURITIES LLC, and LF ROTHSCHILD,
LLC,

                           Defendants.

------------------------------------------------------------- x

07 CV 6261 (AKH)

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE**

 

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys for all the parties to this action, that this action is hereby dismissed with prejudice, with

each party to bear its own costs and attorney's fees.

Dated:  New York, New York
        November 21, 2007

DLA PIPER US LLP

By: _____

Andrew L. Deutsch, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Attorneys for Plaintiffs*

DICKSTEIN SHAPIRO LLP

By: _____

Ira Lee Sorkin, Esq.

1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

*Attorneys for Defendants*

SO ORDERED:  12/3/07

_____
U.S.D.J.